IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| JAMAEL LITTLEJOHN,<br><br>Plaintiff,<br><br>-v-<br><br>GLOBAL HR RESEARCH, LLC,<br><br>Defendant. | Civil Case Number: 6:24-cv-01470-GAP-DCI |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff hereby dismisses all claims against Defendant in the above-captioned matter, without prejudice.

The parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:   September 4, 2024


/s/ Joseph Howard Kanee
Joseph Howard Kanee, Esq.
Marcus & Zelman, LLC
4000 Ponce de Leon Blvd, Suite 470
Coral Gables, FL 33146
Tel: (786) 369-1122
Email: joseph@marcuszelman.com
*Attorneys for Plaintiff*